1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   BRIJIDO HERNANDEZ-REYES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  NO. Cr.S. 08-280-JAM
                                  )
12              Plaintiff,        )  **STIPULATION   AND   ORDER;**
                                  )  **CONTINUING STATUS CONFERENCE**
13       v.                       )  **AND EXCLUDING TIME**
                                  )
14  BRIJIDO HERNANDEZ-REYES       )  Date:  January 3, 2012
                                  )  Time:  9:30 a.m.
15              Defendant.        )  Judge: Hon. John A. Mendez
    _____ )
16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

19  Plaintiff, and COURTNEY FEIN, attorney for BRIJIDO HERNANDEZ-REYES, that the

20  status conference hearing date of November 29, 2011, be vacated, and the matter be set for

21  status conference on January 3, 2012, at 9:30 a.m.

22       The reason for the continuance is that the defendant needs more time to consider the

23  government's proposed plea agreement.  Defense counsel believes that a change of plea is

24  forthcoming.

25       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26  should be excluded from the date of signing of this order through and including January 3,

27  2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

28  / / /

1   Local Code T4 based upon continuity of counsel and defense preparation.

2

3   DATED:  November 18, 2011.          Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Public Defender
5
                                        /s/ Courtney Fein
6                                       COURTNEY FEIN
                                        Assistant Federal Defender
7                                       Designated Counsel for Service
                                        Attorney for BRIJIDO HERNANDEZ-REYES
8

9   DATED:  November 18, 2011.          BENJAMIN WAGNER
                                        United States Attorney
10
                                        /s/ Michele Beckwith
11                                      MICHELE BECKWITH
                                        Assistant U.S. Attorney
12                                      Attorney for Plaintiff

13                                      ORDER

14       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

15  November 29, 2011, status conference hearing be continued to January 3, 2012, at 9:30 a.m.

16  Based on the representation of defense counsel and good cause appearing therefrom, the

17  Court hereby finds that the failure to grant a continuance in this case would deny defense

18  counsel reasonable time necessary for effective preparation, taking into account the exercise

19  of due diligence.   The Court finds that the ends of justice to be served by granting a

20  continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

21  is ordered that time up to and including the January 3, 2012 status conference shall be

22  excluded from computation of time within which the trial of this matter must be commenced

23  under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

24  T-4, to allow defense counsel reasonable time to prepare.

25  Dated:    11/18/2011

                                        /s/ John A. Mendez
26                                      JOHN A. MENDEZ
                                        United States District Judge
27

28                                      2