DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
BRIJIDO HERNANDEZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Cr.S. 08-280-JAM |
| Plaintiff, | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| BRIJIDO HERNANDEZ-REYES | Date: February 7, 2012<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for BRIJIDO HERNANDEZ-REYES, that the status conference hearing date of January 24, 2012, be vacated, and the matter be set for status conference/change of plea on February 7, 2012, at 9:30 a.m.

The reason for the continuance is the government's counsel will be engaged in trial on the currently scheduled date.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 3, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

///

Local Code T4 based upon continuity of counsel.

DATED: January 18, 2012.                    Respectfully submitted,

                                                         DANIEL J. BRODERICK
                                                       Federal Public Defender

                                                       /s/ Courtney Fein
                                                       COURTNEY FEIN
                                                       Assistant Federal Defender
                                                       Designated Counsel for Service
                                                       Attorney for BRIJIDO HERNANDEZ-REYES

DATED: January 18, 2012.                    BENJAMIN WAGNER
                                                       United States Attorney

                                                       /s/ Michele Beckwith
                                                       MICHELE BECKWITH
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 24, 2012, status conference hearing be continued to February 7, 2012 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 7, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   1/18/2012

                                                       /s/ John A. Mendez
                                                       JOHN A. MENDEZ
                                                       United States District Judge